**Opinion issued April 22, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-21-00025-CV

————————————

**J AND B HICKS, INC., D/B/A EASTEX COLLISION REPAIR, Appellant**

**V.**

**SELECT A CAR, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1153323**

---

### MEMORANDUM OPINION

Appellant, J and B Hicks, Inc., doing business as Eastex Collision Repair, appealed from the trial court's October 15, 2020 final summary judgment order in favor of appellee, Select A Car, LLC. Appellant has filed an unopposed motion to voluntarily dismiss the appeal, representing that it "no longer wishes to prosecute

this appeal" because the parties "have reached an agreement to compromise and settle the judgment issued by the trial court." No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, appellant's motion includes a certificate of conference representing that appellee does not oppose the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.